**Marquis Aurbach Coffing**
Liane K. Wakayama, Esq.
Nevada Bar No. 11313
Emily D. Anderson, Esq.
Nevada Bar No. 13814
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
lwakayama@maclaw.com
eanderson@maclaw.com
   *Attorneys for Defendants Festus*
   *Ebonka and Nevada Integrated*
   *Behavioral Services, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CLAIRE ELIZABETH SNEAD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FESTUS EBONKA, an individual; NEVADA INTEGRATED BEHAVIORAL SERVICES INC., a Nevada corporation; and DOES I-X inclusive; and ROE CORPORATIONS I-X inclusive,<br><br>Defendants. | Case Number:<br>2:18-cv-01441-JCM-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS' TO FILE ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff Claire Elizabeth Snead, by and through her counsel of record, Jared B. Jennings, Esq., Adam R. Fulton, Esq., and Tod R. Dubow, Esq., of the law firm of Jennings & Fulton, LTD., and Defendants Festus Ebonka and Nevada Integrated Behavioral Services Inc., by and through their counsel of record, Liane K. Wakayama, Esq. and Emily D. Anderson, Esq., of the law firm of Marquis Aurbach Coffing, hereby stipulate and agree as follows:

1. The Complaint was filed in this matter on August 3, 2018.

2. Defendants Festus Ebonka and Nevada Integrated Behavioral Services Inc. were served with the Complaint on August 6, 2018.

3. The deadline for Defendants' to file an Answer to the Plaintiff's Complaint is currently August 27, 2018.

4. Defendants recently retained counsel, therefore a short extension has been requested and made in good faith, and not intended to cause delay.

5. The parties agree that the Defendants' deadline to respond to Plaintiff's Complaint is hereby continued to September 4, 2018.

IT IS SO STIPULATED.

Dated this 27th day of August, 2018

**MARQUIS AURBACH COFFING**

By: /s/ Liane K. Wakayama, Esq.
Liane K. Wakayama, Esq.
Nevada Bar No. 11313
Emily D. Anderson, Esq.
Nevada Bar No. 13814
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants Festus Ebonka and Nevada Integrated Behavioral Services, Inc.*

Dated this 27th day of August, 2018

**JENNINGS & FULTON, LTD.**

By: /s/ Adam R. Fulton, Esq.
Jared B. Jennings, Esq.
Nevada Bar No. 7762
Adam R. Fulton, Esq.
Nevada Bar No. 11572
Tod R. Dubow, Esq.
Nevada Bar No. 7323
2580 Sorrel Street
Las Vegas, Nevada 89146
*Attorneys for Plaintiff Claire Elizabeth Snead*

**ORDER**

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: 8-28-2018

MAC:15338-001 3498069_1.docx 8/27/2018 4:45 PM