**Marquis Aurbach Coffing**
Liane K. Wakayama, Esq.
Nevada Bar No. 11313
Emily D. Anderson, Esq.
Nevada Bar No. 13814
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
lwakayama@maclaw.com
eanderson@maclaw.com
  Attorneys for Defendants Festus
  Ebonka and Nevada Integrated
  Behavioral Services Inc.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CLAIRE ELIZABETH SNEAD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FESTUS EBONKA, an individual; NEVADA INTEGRATED BEHAVIORAL SERVICES INC., a Nevada corporation; and DOES I-X inclusive; and ROE CORPORATIONS I-X inclusive,<br><br>Defendants. | Case Number:<br>2:18-cv-01441-JCM-GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY stipulated by and between Plaintiff Claire Elizabeth Snead, by and through their attorney of record, Adam R. Fulton, Esq., Jared B. Jennings, Esq., and Tod R. Dubow, Esq. of Jennings & Fulton, LTD and Defendants Festus Ebonka and Nevada Integrated Behavioral Services Inc., by and through their attorney of record, Liane K. Wakayama, Esq. and Emily D. Anderson, Esq. of Marquis Aurbach Coffing, as follows:

    1.    The parties hereby forever dismiss with prejudice any and all claims against each other arising from or related to the above-captioned matter and from any conduct alleged by any party therein; and

/ / /

/ / /

2. Each party shall bear their own attorney fees and costs.

IT IS HEREBY STIPULATED.

Dated this 26TH day of March, 2019

Dated this 25th day of March, 2019

**MARQUIS AURBACH COFFING**

By: _____
Liane K. Wakayama, Esq.
Nevada Bar No. 11313
Emily D. Anderson, Esq.
Nevada Bar No. 13814
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants Festus
Ebonka and Nevada Integrated
Behavioral Services Inc.

**JENNINGS & FULTON, LTD.**

By: _____
Jared B. Jennings, Esq.
Nevada Bar No. 7762
Adam R. Fulton, Esq.
Nevada Bar No. 11572
Tod R. Dubow, Esq.
Nevada Bar No. 7323
2580 Sorrel Street
Las Vegas, Nevada 89146
Attorneys for Plaintiff Claire Elizabeth Snead

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: March 28, 2019

Submitted By:

MARQUIS AURBACH COFFING

By: _____
Liane K. Wakayama, Esq.
Nevada Bar No. 11313
Emily D. Anderson, Esq.
Nevada Bar No. 13814
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants
Festus Ebonka and Nevada
Integrated Behavioral Services Inc.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816